# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of October, two thousand and fourteen,

In the Matter of: Saint Vincents Catholic Medical Centers of New York,

        Debtor,

Elaine Garvy,

        Creditor – Appellant,

v.

Eugene I. Davis, Liquidating Trustee of the Saint Vincents Catholic Medical Centers of New York Liquidating Trust,

        Trustee – Appellee.

STIPULATION OF
VOLUNTARY DISMISSAL
Docket Number: 14-2969

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned appeal is voluntarily dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b).

Each party shall bear its own costs.

Date: October 1, 2014

_____
Attorney for Appellant

Sheryl R. Menkes
MENKES LAW FIRM
325 Broadway, Suite 504
New York, New York 10007
Telephone: (212) 285-0900
Facsimile: (212) 658-9408

Date: October 1, 2014

*/s/ Sarah Link Schultz*
Attorneys for Appellee

David H. Botter
Sarah Link Schultz
Sunish Gulati
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)